Daniel R. Tamez, Esq. danieltamez@sdinjuryattorney.com
State Bar No. 216619
GNAU & TAMEZ LAW GROUP
1010 Second Avenue, Suite 1750
San Diego, CA  92101
Telephone: (619) 446·6736

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

GINA CHENIER and GAYA YOSRI on behalf of themselves and all others similarly situated,

  Plaintiffs,

 v.

ORECK CORPORATION, a Delaware Corporation,

  Defendant.

CASE NO. 2:11-CV-05321-CAS -JEM

**STIPULATION TO CONTINUE HEARING DATE AND EXTEND DEADLINES RELATING TO DEFENDANT'S MOTION TO STAY**

## STIPULATION TO CONTINUE HEARING DATE AND EXTEND DEADLINES RELATING TO DEFENDANT'S MOTION TO STAY

1. **WHEREAS**, Defendant filed its Motion to Stay on August 15, 2011, and set it for hearing on September 12, 2011;

2. **WHEREAS**, under Local Rule 7-9, Plaintiffs' response would be due no later than twenty-one (21) days before the September 12, 2011 hearing date or, by August 22, 2011, only seven (7) days after service of the motion on August 15, 2011; and

3. **WHEREAS**, Plaintiffs believe they need more time – twenty-one (21) days – to properly respond to the Motion to Stay;

4. **NOW, THEREFORE**, pursuant to Local Rule 7-11, the parties stipulate as follows:

(a) The hearing date for Defendant's Motion to Stay is continued to 10:00 a.m. on October 3, 2011;

(b) The deadline for Plaintiffs to file their response to Motion to Stay is extended until September 12, 2011; and

(c) The deadline for Defendant to file its reply in support of its to Motion to Stay is extended until September 19, 2011.

DATED: August ___, 2011.

Respectfully submitted,

GNAU & TAMEZ LAW GROUP, LLP

By: /s/ Daniel R. Tamez
Daniel R. Tamez, Esq.
State Bar No. 216619
1010 Second Ave., Suite 1750
San Diego, CA  92101
Telephone: (619) 446-6736
Fascimile: (619) 684-3500

FEARS | NACHAWATI  LAW FIRM, P.L.L.C.
Majed Nachawati
State Bar No. 24038319
4925 Greenville Ave, Suite 715
Dallas, TX  75206
Telephone: (214) 890-0711

|   |   |
|---|---|
| 1 | Facsimile: (214) 890-0712 |
| 2 | (*admitted pro hac*) |
| 3 | WILSON TROSCLAIR & LOVINS, P.L.L.C. |
| 4 | Jeremy R. Wilson |
|   | State Bar No. 24037722 |
| 5 | 302 N. Market St., Suite 510 |
|   | Dallas, TX  75202 |
| 6 | Telephone: (214) 484-1930 |
| 7 | Facsimile: (214) 276-1475 |
|   | (not admitted) |
| 8 |   |
| 9 | LACKEY HERSHMAN, L.L.P. |
| 10 | Roger L. Mandel |
|   | State Bar No.12891750 |
| 11 | 3102 Oak Lawn Ave., Suite 777 |
| 12 | Dallas, TX  75219 |
|   | Telephone: (214) 560-2201 |
| 13 | Facsimile: (214) 560-2203 |
| 14 | (*admitted pro hac*) |
| 15 | **ATTORNEYS FOR PLAINTIFFS** |

DATED: August ____, 2011

WINSTON & STRAWN LLP

By:   /s/ Gayle I. Jenkins
        David L. Aronoff
        Gayle I. Jenkins
        Saul S. Rostamian
        33 S. Grand Ave.
        Los Angeles, CA  90071
        Telephone: (213) 615-1700
        Facsimile: (213) 615-1750

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

    I certify that on August 22, 2011, I electronically filed the above Stipulation to Continue Hearing and Extend Deadlines related to Defense Motion to Stay with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or by U. S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Daniel R. Tamez
        Daniel R. Tamez